*1/6/2002*

**Sunday, January 6,**

Re: Muhammad vs Faulk et al
Plaintiff    Defendants    Exhibit 1    CA04-131E

# Arrest of witness

**By ED PALATTELLA**
**Staff writer**

A key prosecution witness has provided fodder for the defense in the homicide and arson case against Stephen E. Treiber and the witness intimidation case against Treiber's mother, Edith Treiber.

The lawyers for the Treibers said they will rely on the recent arrest of the witness, Paul Cooper, to try to stop the Erie County District Attorney's Office from calling Cooper to testify against the Treibers. Cooper faces charges that he broke into a house to frame a man in a drug case.

Cooper's absence would force the prosecution to dismiss six witness intimidation charges against Stephen Treiber, 32, and the entire case against Edith Treiber, 61, the lawyers said.

Stephen Treiber still would face trial on 14 other charges. He is charged with setting a fire a

Submitted By:
Beulus A. Muhammad
Pro Se.    6/23/05

# SIGN? WHAT



Erie County Library

# cates Treiber cases

Exhibit 1

home question the legitimacy of the en- | Dec. 28 on charges that he
daugh- tire case against Treiber. | broke into a Wallace Street
"It is still a credibility issue for | house and planted crack cocaine
elp the the jury," Lucas said. | to set up a man for a drug bust
" Tim "District Attorney Brad Foulk | in December. He said a woman
s attor- said he consented to Cooper's ar- | paid him $150 in return.
arrest. rest. "We are discussing his sta- | Erie police charged Cooper
s Office tus at the present time with oth- | with burglary and tampering
whether er members of the prosecution | with evidence after he admitted
ess you team," Foulk said. | to the burglary when he testified
nd."    Foulk declined comment on | for the defense at the prelimi-
ring up how Cooper's arrest might affect | nary hearing for the man ac-
Cooper the prosecution's case. | cused of dealing drugs, accord-
r's trial.    Cooper, 51, also known as
oper to Buwlus Muhammad, was jailed See ARREST, Page 5B

# School success

Re: Sanders v. Muhammad
v. Chaney,
Brad Foulk, Defendant, et al

Submitted By
Buwlus J. Muhammad
Pro Se     6/23/05

Erie County Library
7/6/2005

records.

Speaking of the burglary case, Cooper said he testified he had no idea that cocaine was in the bag a woman gave him to plant in the house. He said the police cannot substantiate the charges that he burglarized the house to set up the man. He said the charges are false.

"The reason the charges are false is I failed to prove them with my own testimony," Cooper said.

Cooper was asked whether he was telling the truth when he testified that he set up the man, Tyshun Taylor, who is facing drug charges.

"It is something the district attorney and I need to talk over," Cooper said.

Foulk said he was present when Cooper testified about the burglary. He said Cooper's arrest was justified.

"When I am made aware that a witness has committed a

credibility. That case is locked." preliminary hearing that

As been a paid informant evidence. That case is dealing with Stephen Treiber approached he FBI in at least six worked as a police case, Cooper said he testified he him at the Erie County Prison in the Treiber cases, had no idea that cocaine was in April about preventing a prosecution. The bag a woman gave him to cution witness from testifying planned to use him plant in the house. He said the Treiber said "he wanted the guy testimony. Stephen and Edith police cannot substantiate the totally taken out as soon as possible," Cooper testified.

Cooper said he cooperated with the prosecution by wearing a hidden microphone and meeting with Edith Treiber in a parking lot at Presque Isle State Park in April, after Cooper had been released from prison. Cooper testified that Edith Treiber gave him $60 to cover "initial expenses," and that she gave him a picture of the prosecution witness, James R. Pianta.

The Treibers are scheduled to go to trial separately later this year. Stephen Treiber could face the death penalty if convicted of first-degree murder. Stephen Treiber remains in

pired to hire him to charges that the burglarized the e a witness against house to set up the man. He said iber. the charges are false.

as not involved in "The reason the charges are eiber's arrest on false is I failed to prove them nd arson charges. with my own testimony," Cooper said.
 later charged
reiber with six Cooper was asked whether he sing him of trying to was telling the truth when he tes-
e witness. Edith tified that he set up the man,
es six charges that Tyshun Taylor, who is facing
silence the witness. drug charges.

iber's lawyer, John "It is something the district at-
d he would lobby torney and I need to talk over,"
ll Cooper from her Cooper said.

'ict attorney has an Foulk said he was present
) offer only truthful when Cooper testified about
Carlson said. the burglary. He said Cooper's arrest was justified.
id his arrest in the
"When I am made aware that
a witness has committed a

CA04-131E

Bumlus A. Muhammad          In The United State Dist.
        Plaintiff           Court For The Western Dist.
                            of Pa.
   V.
Brad Foulk, et al.
        Defendants

## Certificate of Service

I, Bumlus A. Muhammad, pro se, the undersigned hereby certify that a true and correct copy of the with Exhibit 1, has been served upon the following person(s) in the manner indicated this 23rd day of June 2005:

First Class Mail
Matthew J. McLaughlin            The Honorable Judge
Asst. Sol. For Erie County       Susan P. Baxter
246 West 10th Street             U.S. Dist. Magst. Judge
Erie, Pa. 16501                  U.S. Dist. Court
                                 Western Dist. Pa.
                                 17 South Park Row RM A-280
                                 Erie, Pa. 16501