Bomulus A. Muhammad
    Plaintiff

Vs.

Brad Foulk et al.
    Defendant

In The United States Dist. Court For The Western Dist. Of Pa.
Civil No. 04-131 Erie
Dist. Judge Cohill
Magistrate Judge Baxter

Re: Exhibit 1 Supporting Plaintiff Opposition & Affidavit
6/8/05

Dear Judge Baxter,

Please find with this cover letter a copy of the Exhibit 1, in support of the Plaintiffs Opposition & Affidavit submitted by the Plaintiff in response to the defendants motion to dismiss the Plaintiffs civil action, and the defendants Affirmited Defense filed and submitted May 23, 2005, by their Attorney, Matthew J. McLaughlin.

Sincerely yours,
Bomulus A. Muhammad
Pro. Se.
S.C.I. at Smithfield
P.O. Box 999  1120 Pike St.
Huntingdon, Pa. 16652