Bomulus A. Muhammad
   Plaintiff

No. 04-131

Vs.

Judge Baxter

D.A. Brad Foulk et al
   Defendant

## Motion To Set And Appointment Of Counsel

And Now, This 8th day of August, 2005, comes the Plaintiff, Bomulus A. Muhammad, Pro. Se, in a motion To Set on a motion for Preliminary Prohibitory Injunctive Restraining Order filed July 20th, 2005, and Restraining Order filed July 25th or 26th, of 2005, To restrain any and all proposed action to dismiss the Plaintiff's Post Conviction Collateral Relief Act, filed in the Erie County Common Pleas Court, Judge, Shad Connelly, June 9, 2005.

The Plaintiff request this Court for the appointment of counsel to futher these civil proceedings.

Dearly submitted,
Bomulus A. Muhammad
E.C.P. 1618 Ash St. Erie, Pa. 16503

Baunlus A. Muhammad
    Plaintiff

Vs.

M. Brad Faulk et al.
    Defendants

Civil No. 04-131

Judge Baxter

## Certificate of Service

I, Baunlus A. Muhammad, Pro. Se, verify that on this 8th day of August 2005, a true and correct copy of the Plaintiff's motion To Set, and request for appointment of counsel have been served upon the concerned parties by first class mail, in accordance to the civil rules of Procedure.