Bomber A. Muhammad  
Plaintiff  

Vs.  

D.A. Brad Foulk, et al  
Defendant  

In The United States Dist. Court For The Western Dist. of Pa.  
Civil No. 04-131  
Judge Co Hill  
Dist. Magist. Baxter  

Motion For Preliminary Prohibitory Injunction Restraining Order

And Now This, 20th day of July 2005, comes the Plaintiff, Bomber A. Muhammad, Pro. Se in his motion for Preliminary Prohibitory Injunction Restraining Order to be solved against the following jurisdiction:

The Plaintiff request the a Temporary and/or Preliminary Prohibitory Injunction to be solved(sic) against the Erie County Common Pleas Court Jurisdiction and the Erie County District Attorneys, Esq. ... Bradley Foulk, Esq. and First Assistance D.A. Robert Sambroak Jr., Esq. from any and all further illegible and prosecution, and commendations of any and all ... ,

future and present trials, pleas, sentencing, Post Conviction Collateral Relief Act Petition, proceedings for any and all judicial proceedings before the Erie County Common Pleas Court, as a sole means to protecting Plaintiff and Estate from any and all forms of harassments, prejudice and vindictive court rulings, and retaliations of abuse. That all present and future judictial (sic) proceeding upon the Plaintiff and Estate be illegible by the United State District Court for the Western District of Penna, and the Commonwealth upon the State Attorney General's office of criminal investigation, and the Federal Bureau of Investigation.

The Plaintiff move this Honorable Court to order the Erie County Common Pleas Court, Clerk of Court, Criminal Division, and the Honorable Judge Shad Connelly to relinquish and transfer its jurisdiction on the Plaintiff's Post Conviction Collateral Relief Act petition, filed, June 19, 2005 under the docket 0303 of 04, Judge Connelly.

be transferred and relinquish upon this Court for review and resolution.

This preliminary injunction should be granted on the grounds of Conflict of Interest, and to safeguard and protect Plaintiff and State from any and all forms of harassement, and retaliations of abuse due to this civil action, and present Federal Indictment, seeking criminal prosecution against the Plaintiff for allege threat against the Erie County Common Pleas Court and its officies. We Pray!

July 20, 2005

Sincerely submitted,
Beaubous A. Muhammad
Pro. Se;
1618 Ash Street
Erie, Pa. 16503

cc: copy filed

Bumhis A. Muhammad
Plaintiff

vs.

D.A. Brad Foulk, et al;                     Civil No. 04-131
Defendants                                  Judge Baxter

Proof Of Service

I, Bumhis A. Muhammad, hereby certify that I am this 20th day of July 2005, serving a true and correct copy of the Plaintiffs', motion For Preliminary Prohibitory Injunction Restraining Order, upon the persons and in the manner indicated below, which service satisfies the requirement of Penna. Rules of Appellate Procedure.

<u>Service By First Class Mail</u>

Attorney Matthew McLaughlin          The Honorable Judge
Esq. 246 West 10th Street            Susan P. Baxter
Erie, Pa. 16501                      U.S. Fed. Courthouse
                                     617 State Street
                                     Rm. 227
July 20, 2005                        Erie, Pa. 16501


                                     Bumhis A. Muhammad
                                     Pro Se.

Honorable Susan P. Baxter
U.S. Fed. Courthouse
617 State Street - Rm 227      Re: 04-131, Civil
Erie, Pa. 16501

Preliminary Rektry. Injunction Restraining Order

Mr. Franklin A. Muhammad
Pro. Se                           August 17, 2005
1618 Ash Street
Erie, Pa. 16503

Dear Judge Baxter,

Please accept this motion which was filed and originally submitted in your office on July 20, 2005, which as of this date have not received any judicial response.

I will have the postal master track this correspondence, and hopefully your action on this motion being justified will be retrospective in action.

cc: file
                                  Franklin A. Muhammad
                                  Pro. Se.

Original Copy
7/20/05

Baulus A. Muhammad
  Plaintiff

vs.

Brad Foulk, et al
  Defendants

In The United States Dist. Court
For The Western Dist. Of Pa.

Civil No. 04-131

Judge To Hill
Dist. Magistrate Baxter

Motion For Preliminary Prohibitory
Injunction Restraining Order

And Now This, 20th day of July 2005, comes the Plaintiff, Baulus A. Muhammad, Pro. Se, in his motion for Preliminary Prohibitory Injunction Restraining Order to be solved against the following jurisdictions:

The Plaintiff request that a temporary and/or Preliminary Prohibitory Injunction to be solved (sic) against the Erie County Common Pleas Court jurisdiction, and The Erie County District Attorneys, Esq...., Bradly Foulk, Esq. Robert Sambroak jr. Esq., from any and all further illegible and prosecution, and commendations of any and all . . . . . . . ,

future and present trials, pleas, sentencings, Post Conviction Collateral Relief Act Petition, proceedings for any and all judicial proceedings before the Erie County Common Pleas Court, as a sole means to protecting Plaintiff and estate from any and all forms of harassments, prejudice and vindictive court rulings, and retaliations of abuse. That all present and future judicatoral (sic) proceeding upon the Plaintiff and estate be illegible by the United States District Court For The Western District of Pennsylvania, and the Commonwealth upon the State Attorney General's Office Of Criminal Investigation, and the Federal Bureau of Investigation.

The Plaintiff move this Honorable Court to order the Erie County Common Pleas Court, Clerk Of Court, Criminal Division, and The Honorable Judge Shad Connelly to relinquish and transfer its jurisdiction on the Plaintiff's Post Conviction Collateral Relief Act Petition, filed, June 19, 2005 under the Docket no. 0303 of 04, Judge Connelly, be transferred and relinquished upon this Court for review and resolution.

This preliminary injunction should be granted on the grounds of conflict of interest, and to safeguard and protect Plaintiff and estate from any and all forms of harassment, and retaliations of abuse due to this civil action, and present Federal Indictment, seeking criminal prosecution against the Plaintiff for alleged threats against the Erie County Common Pleas Court and its officials. We Pray.

Sincerely Submitted,

Bauhus A. Muhammad
Pro Se
GA-4761
S.C.I. Smithfield
P.O. Box 999, 1120 Pike St.
Huntingdon Pa. 16652