**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BUWLUS MUHAMMAD,     )  <br>         Plaintiff,     ) <br>                  ) <br> vs.              ) <br>                  ) <br> BRAD FOULK, et al.     ) <br>         Defendants.     ) | <br><br><br>C.A. No. 04-131 Erie <br>District Judge Cohill <br>Magistrate Judge Baxter |

**O R D E R**

On July 1, 2005, the Western District of Pennsylvania implemented an electronic filing system known as CM-ECF. All attorneys are to be registered users of the system. Once a user is registered, he or she receives notice of any docket activity electronically, including court orders and party's filings. Additionally, the notice allows the actual document filed to be accessed remotely, negating the requirement of the filer to notice parties by mail. All individuals have access to the docket remotely if they are registered, and at the clerk's office at the courthouse if they are not. Information regarding registration is available at the court's website at www.pawd.uscourts.gov. Therefore, in the interests of judicial economy and pursuant to the standing order regarding electronic filing:

AND NOW, this 23rd day of August, 2005;

IT IS HEREBY ORDERED that on or before September 26, 2005, all legal counsel to the above-captioned case shall become registered users of the CM/ECF system. Any attorney who is not registered by that date will no longer receive notice regarding any docketing activity in this case initiated from chambers by U.S. Mail. This order does not abrogate each party's individual duty to serve each other party with his or her own filings.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE