IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUWLUS MUHAMMAD, | ) |
| Plaintiff, | ) |
| vs. | ) C.A. No. 04-131 ERIE |
| BRAD FOULK, et al, | ) |
| Defendants. | ) |

ORDER

AND NOW, this 25th day of August, 2005, a Motion for Preliminary Injunction (Doc. #41) having been filed by Plaintiff,

IT IS HEREBY ORDERED that Defendants shall have until September 9, 2005 to file a response thereto.

S/Susan Paradise Baxter
Susan Paradise Baxter
Chief U.S. Magistrate Judge

cm: All parties of record