Bandus A. Muhammad        In The United States District
          Plaintiff            Court For The Western District
    Vs.                         Of Penna.
D.A. Brad Foulk et al          Civil No. 04-131
         Defendants            Judge CoNill
                               Dist. Magestrate Baxter

## Plaintiff's Narrative Statement

1.)    On December 28th, 2001, the Plaintiff was subpena by Defense Attorney Gene Procciddi, as a defense witness for a defendant Tashun Taylor. In a preliminary hearing proceeding, presiding by District Magestrate Paul Urbonika.

2.)    The Plaintiff as called, was to give testimony on behalf of the above defendant, Plaintiff was theaten and an attempt to intemedate the Plaintiff was made against the Plaintiff by the First Assistant D.A. Robert Sambrouk, Jr. with criminal charges of Burglary and other relative criminal charges, if Plaintiff took the witness stand on the behalf of the defendant Tashun Taylor.

3.) The Plaintiff proceeded as a defense witness and, thereafter, was ordered by District Attorney Brad Foulk, to be placed under arrest and taken into custody by the Erie County Detective Matthew J. Bernacci.

4.) The Plaintiff was thereafter ordered by D.A. Brad Foulk, to be taken into the City of Erie Police Department custody, and ordered by D.A. Brad Foulk, to be charged with a false criminal complaint under Pa. C. Code 3502 Burglary, and section 4910 Tampering and Fabricating evidence, as a means to maliciously punishment, and prosecution for enterferring with one of his "Brad Foulk's", drug cases, and discrediting the need for the Plaintiff as a "key" witness in the Eith and Steven Treiber Arson murder case.

5.) The Plaintiff was thereafter arranged by a local District Magistrate Susan C. Mack at the Erie Police Department, on the false criminal complaint, alleging Burglary and Tampering (sic.), with evidence, CR-1-02.

6.) and thereafter ordered without probable cause to be committed to the Erie County Prison, under a $25,000.00 dollar bail.

2.) The Plaintiff suffered four (4) days under the unlawful imprisonment to the Erie County Prison, before posting bail, and thereafter released.

3.) The Plaintiff stayed under these unlawful judicial proceedings without being afforded any criminal jurisdicial preliminary custody and hearing proceeding, untill around June or August 2002, when notified that the Erie County District Attorney Office had dismissed the criminal complaint at CR-1-02.

4.) And the Plaintiff pursuanted these civil action's seeking civil relief under 42.C.S.A. 1983, malicious Retalitory Prosecution, Unlawful and False Arrest and Imprisonment, abuse of official Authority, unreasonable Arrest without lawful Probable Cause.

10.) These acts and omissions were also in violation to the Plaintiff's guaranteed rights under the United States Constitution, under the 4th and 5th amendment, against unreasonable search and seizures, without probable cause, nor deprived of life, liberty or property, without due process of law.

11.) The Plaintiff seek the following civil Punitive, Declaratory, Personal Injuries, compensational and Injunctional Relief follow:

A. Reimbursement of all bail money Total $380.00 dollars.

B. Compensational lost of four (4) days of unlawful imprisonment. Total over $5,000.00 dollars. (above minimum wages).

C. Civil punitive damages of $30,000.00 dollars from each defendant, as an award and for future restrains and deterrence.

D. $5,000.00 dollars each defendant for physical and mental abuse.

E. $5,000.00 dollars each defendant for Public libility of falsity, defamation and slander.

F. Preminate Prohibitory Injunctional Restraining Order against both defendant.
G. All court cost and filing fee's
H. $5,000.00 dollars in attorney fee's
I. None opposing the Plaintiff P.C.C.R. Act petition, which guarantee aquittal as a matter and mandate of law.
J. And any other relief this court deems fit.

(2.) The Plaintiff will Produce The Following Evidence, and Documents To Support His Claims in a Jury Trial:

1. Preliminary Hearing Transcripts 12/28/01
2. Criminal Complaint at 12/28/01, CR-1-02
3. District Magestrate Susan a. Mack's file docket at CR-1-02.
4. Rules of Penna. Criminal Procedure's
5. Common Pleas Court Docket at Commonw.
   1/2. Tashun Taylor.

13.) <u>The Following Witnesses Will Be Called To Substanciate The Plaintiff's Claims Before Jury and The Award Of Civil Penalties Against The Defendant</u>:

1. Attorney Gene Ricciardi
2. Tashun Taylor
3. Attorney Tim Lucas
4. Dist. Attorney Brad Foulk
5. County Detective Matthew Benacci
6. Asst. Dist. Attorney Robert Sambroak, Jr
7. Dist. Magestrate Paul Urbaniak
8. Dist. Magestrate Susan C. Mack
9. City of Erie Police Departm. R. H. McDonald #232
10. Mother of Tashun Taylor
11. Girlfriend of Tashun Taylor.

Sincerely submitted
Barulla A. Muhammad
Pro. Se
1618 Ash Street
Erie, Pa. 16503

Bemulus A. Muhammad                In The United States District
        Vs.  Plaintiff             Court For The Western Dist.
O.A. Brad Foulk, et al             Of Penna.
           Defendant
                                        Civil No. 04-131
                                        Judge Co Hill
                                        Dist. Magest. Baxter

## Verification Of Service

I, Bemulus A. Muhammad, Pro Se; verify on this 22nd, day of August 2005, a true and correct copy of the Plaintiff's narrative Statement have been served upon the concern parties below by first class mail, in accordance to the rules of court governing this matter.

### First Class Mail:

Attorney Matthew McLaughlin            The Honorable Judge
Esq. Erie County Solicitor Off.        Susan P. Baxter
192 West 6th Street                    U.S. Federal Courthouse
Erie, Pa. 16501
                                       Erie, Pa. 16501

                                       Bemulus A. Muhammad
                                       Pro Se 1618 Ash St.
                                       Erie, Pa. 16503