Bunkus A. Muhammad                In The United States District
       Plaintiff                  Court For The Western
   Vs.                            District Of Penna.
D.A. Brad Faulk,                  Civil No. 04-131
       Defendant                  Judge C. Hill
                                  Dist. Magistrate Baxter

<u>Preliminary Prohibitory Injunctive</u>
<u>Restraining Order</u>

And Now this 30th day of August, 2005, comes the Plaintiff, Bunkus A. Muhammad, Pro Se seeking a Preliminary Prohibitory Injunctive Restraining Order, against the Erie County Prison, Warden Veichkees, Deputy Warden Coghland, and Deputy Warden Kanna, and Officer Shan Wilson to be ordered as follow:

To end any and all abusive and threating of physical and unwarranted, restrictive housing punishment, and disciplinary punishments, upon the person of the Plaintiff for seeking redress in relief from the City of Erie County Executive Office , Erie County Corrections Department for the

said reasons:

1. On August 25, 2005, a Tuesday afternoon this writer found Pork in a non-pork diet, of Beans and Hot Dogs.

2. This writer reported this to Officer Magoon the J-Block housing unit officer, seeking to grieve this situation as highly in disrespect to peoples rights to practice their religion, and be free from Pork and Pork byproducts.

3. Officer Magoon advised this writer to take this matter up with the Unit counselor Mr. Dempsey.

4. The Plaintiff forward a request slip to Mr. Dempsey the self same day grieving the Pork found in the noon meal, and how it violated the Plaintiffs rights to religious expression and practice, a Pork free diet.

5. Mr. Dempsey returned his response on the back of the forward August 25, 2005, request slip, stating "This is not A Grievable Issue," "Find Another Beef". (Confiscated by Off. Shan Wilson and destroyed).

6. Being Mr. Oomger response was unprofessional and very unsensitive to a very highly and serious issue, affecting a number of other concerned inmates.

7. The Plaintiff, did inquire upon Officer Tremble, and the second shift corporal about this matter, showing all concern about parties the "Pork" meat found in the noon Bean meal.

8. This inquire before Officer Tremble and Second Shift Corporal, was also observed by a Officer Shan Wilson, the sensious C-unit housing officer.

9. The second shift corporal, and Officer Tremble, retrieved the can of Beans lable and told the Plaintiff to write the food distribution company.

10. After the Plaintiffs Wensday, August 25, 2005 visit with spouse and mother, the Plaintiff requested upon Officer Tremble to notify the nurses staff, the Plaintiff would like

to recieve his evening 8:00 P.M. medicant, missed due to visit.

11. The Prison nurse, appeared on G-unit housing unit around 10:15 P.M. that evening forgetting to bring the Plaintiffs medicant, and told Officer Tremble, she would go and return with the Plaintiffs medicant.

12. The Prison nurse, returned at around 10:25 P.M., with the Plaintiffs medicant, and summoned the Plaintiff from his cell to the Officer's station to take his medicant.

13. At this time Officer Shon Wilson abusively told the Plaintiff if he did not notify anyone earlier after his visit that he wanted his medicant the Plaintiff would not get it.

14. The Plaintiff told Officer Wilson he did tell Officer Tremble he wanted his medicant after his visit.

15. Officer Shan Wilson again threaten the Plaintiff that he would not get his medicine if the nurse had to come at that time of evening to bring his medicine; and that if he got the medicine it would be from the hole.

16. The Plaintiff told Officer Wilson, he needed his medicine, and he will see to it that the Plaintiff would not be denied it.

17. Officer Wilson maliciously and abusively told the Plaintiff to go lock up.

18. The Plaintiff went to his cell and locked up as was told.

19. Officer Shan Wilson come to the Plaintiffs cell, and gave the Plaintiff a 8 hour lock down informal diciplinary misconduct for Insuboradnation.

20. And told Plaintiff, he Officer Shad Wilson will give him more misconducts, untill his taken to the hole, stating "I can keep giving you these untill you are taken to the hole and we will beat your Ass Gogin".

21. The Plaintiffs spouse, mrs. Fatimah Muhammad and brother, William Cooper, call the Erie County Executive Office, and complained about this threat of Officer Wilson, and the abusing the Plaintiff with the 8 hour lock down for no misconduct or prison violation, and also the regarding the unproper handling of the Pork situation.

22. Deputy Kanna, handle the order investigator interviewed the Plaintiff at the Erie County Prison, and Shan Wilson was apparently suspended for a day for threating and abusing the Plaintiff to a unwarranted 8 hour lock down, this suspension occured on August 27, 2005.

23. Officer Shan Wilson returned to work on Monday, August 29, 2005, and ordered the Plaintiff out his cell, for a cell search, and as the Plaintiff was existing his cell Officer Shan Wilson, threaten the Plaintiff as stated "If you get in my face again I'm going to "Deck you", and send you to the hole".

24. The Plaintiff request upon Officer Wilson the reason for the physical threat.

25. Officer Wilson state " It's not a threat It's a promise now", now lock up"!

26. The Plaintiff was thereafter handcuffed by Coz. Kitts and other officers, and taken to the R.H.U. housing unit.

27. Around 10:15 P.M. August 29, 2005, Officer Wilson cited the Plaintiff with four (4) charged up false misconducts infractions, 1). Interfering with Officers duty 2) Threat, 3.) Harassment, and 4.) Contraband (2-Prison Tee Shirts), and planted two "Pull Ties" in the Plaintiff's property, and charged the Plaintiff with having them in his property box.

28. The Plaintiff is presently in the R.H.U. unit awaiting a hearing on this misconduct.

Wherefoth the Plaintiff request a restraining order;:

Restraining any and all misconduct punishment upon this Plaintiff due to the charged up and false misconduct reported by Officer Wilson (Shon), out of malicious retaliation, and abuse of official authority for the Plaintiff's redress and grieving the park in lieu issue, and having his disciplant (Off Shon Wilson), for the threat and unwarranted 8 hour lock down of the Plaintiff concerning the medicant issue.

That a hearing be ordered upon the Warrdent Verishhere, or his deputy Warrdent Cogelant, and Kanna, on the threat and abuse of the Plaintiff as unwarranted and the allowing the Plaintiff to stay under the supervision of Officer Shon Wilson, which did create a much greater threat, and risk to the Plaintiff's person, safty, and prison privelegis.

The Plaintiff request this Honorable Court to Order this Plaintiff's custody and care to be transferred to a nearby Federal Facility or another local County Prison facility that the Plaintiff can be free from the present threat to his person and wellbeing. The Plaintiff can not assist in his defense under what he fear a threat and abusive intention upon his person and rights and privileges as a inmate and Federal detained prisoner. We Pray!

Sincerely,
Bumbia A. Muhammad
P.W. Se. E.C.P.
1618 Ash Street
Erie, Pa. 16510.

B Muhammad vs. O.A. B Frank                Judge Cohill
Civil No. 04-131                            Dist. Magt. Baxter

## Affidavit

I, Bemulus A. Muhammad, Pro. Se. and the Plaintiff in the above civil action case, due state and verify that the statements made in this motion for Preliminary Prohibitory Injunctive Restraining Order, are true and correct. I understand that false statements herein are made subject to the penalties of Pa. C.S. 4904, relating to unsworn falsification to authorities.

August 30, 2005                Bemulus A. Muhammad
                               Pro. Se.
                               E.C.P. 1618 Ash Street
                               Erie, Pa. 16503