= Author: JASW
= Date: 8/29/05 20:29:25

*Inmate Copy*

## MISCONDUCT REPORT
Erie County Prison
Erie PA.

Name   MUHAMMED, BUWLUS ( AKA COOPER, PAUL)   Place: GG   Date: 8/29/2005   Time: 1900HRS

Other Inmates or Staff Involved or Witnesses (Check I or W )
LocationName:          Involved Witnessed           Misconduct

                                             130 INTERFERING WITH STAFF DUTIES
                                             125-CONTROBAND
                                             126-THREATS
                                             253-HARASSMENT

Immediate Action Taken and Reason

MUHAMMED REMOVED FROM G-POD PLACED IN RHU PENDING HEARING

REPORT:

ON THE ABOVE DATE AND TIME THIS REPORTING OFFICER WAS CONDUCTING CELL SEARCHES IN G-POD. I WAS ABOUT TO ENTER CELL#30 WHEN MUHAMMED,BUWLUS WALKED IN TO HIS CELL FROM THE DAY ROOM AREA. I INFORMED MUHAMMED TO PUT DOWN WHAT EVER HE HAD IN HIS HAND AND TO EXIT THE CELL TILL I CHECKED. MUHAMMED STARTED MUMBLING SOMETHING AND THEN STOPPED RIGHT IN THIS OFFICERS FACE ABOUT 3 INCHES AWAY AND STATED ILL SEE YOU. I INFORMED MUHAMMED IF HE EVER STOPPED IN MY FACE LIKE THAT AGAIN HE WOULD BE TAKING A TRIP DOWN THE HALL. MUHAMMED THEN TOOK OFF HIS EYE GLASSES PUT THEM ON THE TABLE AND TURNED TO ME IN AGGRESSIVE MANNER. I ORDER MUHAMMED TO LOCK UP AT WHICH TIME HE DID STATING " ILL SEE YOU LATER, YOU CAN COUNT ON THAT ". SGT.OLOWIN WAS THEN INFORMED MUHAMMED WAS REMOVED FROM POD WITH OUT FURTHER INCIDENT.

NOTE:
WHILE CHECKING MUHAMMED BLUE BOX THE FOLLOWING WAS FOUND , 2 WHITE T-SHIRTS ( NEVER PURCHASED ) 2 ZIP TIES.

### NOTICE TO INMATE
You may remain silent, if you wish, and anything you say will be used against you both at the hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing officer may hold your silence against you, but he or she must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions. You may be represented by another inmate of general population status or a member of the institutional staff at the hearing. You may request witnesses who will be permitted to testify at the hearing provided they are willing, relevant and do not create a security hazard; relevancy and security will be determined by the Hearing Officer.

Staff member reporting misconduct                  Action Approved by Supervisor on Duty
S.P.WILSON OFFICER                                 SGT.M.OLOWIN

Signature of Inmate Rec. Notice                    Time: 10:30pm                Date: 8-29-05
REC. COPY