Muhammed, Bawlus

SHAN WILSON
COUNSELOR DAMPER

The prison does not serve pork in its meals. What you found was turkey bacon. The kitchen apologizes for allowing even that ~~to~~ getting into your meal.

Exhibit #1

(M. Damper) B.M.