IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUWLUS A. MUHAMMAD, | : | |
| Plaintiff, | : | Civil No. 04-131 Erie |
| v. | : | |
| | : | |
| ERIE COUNTY DISTRICT ATTORNEY BRAD FOULK,, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of September, 2005, upon consideration of defendants' motion to extend discovery deadline, it is hereby ORDERED, ADJUDGED, and DECREED, that this Court's Order of June 27, 2005 is amended, to reflect the following:

(a) All discovery shall be completed on or before October 15, 2005;

(b) Plaintiff's pre-trial narrative statement shall be filed on or before October 31, 2005. Defendant's pre-trial narrative should be filed on or before November 14, 2005;

(c) On or before October 31, 2005, any party may file a dispositive motion, which should be accompanied by a supporting brief, and such affidavits and other supporting documents as may be appropriate. Any responding party may file an opposing brief, together with such affidavits and opposing documents as may be appropriate on or before November 14, 2005.

_____ J