Bambus A. Muhammad                     In The United States Dist. Court
      Plaintiff                          For The Western Dist. Of Penna
   v.                                  Civil No. 04-131 Erie
O.A. Brad Fouch, et al                 Judge Cohill
      Defendants                        Chief Dist. Magist. Baxter

### Motion For Judgement On The Motion Filed For Preliminary Injunctional Restraining Order

And Now This 27th, day of September, 2005 comes the Plaintiff, Bambus A. Muhammad, Pro. Se., in his motion for Judgement, and Order, on the motion filed in this above caption case, for preliminary, injunctional prohibitory restraining order, filed before This Court July 20, 2005, and refiled in August 2005, and the Court ordered the defendants to responded by September 9th, 2005, and now the Plaintiff move This Honorable Court, to hold the defendants in default, and issue the requested preliminary injunctional prohibitory restraining order against them, and grant any other injunctive and restraining relief requested by the Plaintiff. We Pray!

                                            Sincerely submitted,
                                            Bambus A. Muhammad
                                            Pro. Se., Plaintiff, E.C.P.
                                            1618 Ash St. Erie Pa 16503

Bamukhu A. Muhammad
            Plaintiff
    v.                                Civil No. 04-131 Erie
D. A. Beard, Foulk, et al             Judge Cohill
            Defendants                Chief Dist. Magist. Baxter

## Certificate Of Service

I, Bamukhu A. Muhammad, the Plaintiff declare that a true and correct copy of the plaintiff's motion for judgement for preliminary prohibitory injunctional restraining Order have been served upon all concern parties, by first class mail, in accordance to the rules of Court.

Federal Clerk Of Courts Office          Attorney Sean McLaughlin
U.S. District Courthouse                Erie County Solicitors Office
17 South Park Row                       Erie County Courthouse
Federal Courthouse                      140 West 6th Street
Erie, Pa. 16501                         Erie, Pa. 16501

September 27, 2005                      Bamukhu A. Muhammad
                                        1895 E.C.P.
                                        1618 Ash Street
                                        Erie, Pa. 16503