Bumkus A. Muhammad                In The United States Dist. Court
        v.   Plaintiff            For The Western Dist. of Penna.
D.A. Brad Faulk, et al            Civil Action, No. 04-131 Erie
        Defendants                Dist. Judge Cahill
                                  Dist. Magist. Baxter

### Plaintiffs Objection To Magistrates Judges Report And Recommendation

And Now, this 12th day of October 2005, comes Plaintiff Bumkus A. Muhammad, Pro. Se.; and file this, Plaintiffs Objection To Magistrates Judges Report And Recommendation, in Opposition to the Plaintiffs Motion For Preliminary Prohibitory Injunctive Restraining Order, against Defendants D.A. Bradly Faulk, Esq; and, First Assistance D.A. Robert Sambroak, Jr. Esq.; and Court Judicial Body (Common Pleas Court Judges) in The presiding over any Common Pleas Court matters pertaining to the Plaintiff and his Estate, and avert the following:

Plaintiff Objection

1. In or around July 2005, the Plaintiff filed a motion before this Court, requesting a Preliminary Prohibitory Injunction Restraining Order, be Granted against the defendants and their respective staff and esquire, and the Common Pleas Court Judges, from hearing and presiding over any matter pertaining to the Plaintiff or his Estate.

2. The Plaintiff requested this Injunction for Restraining Order to protect the Plaintiff from unwarranted harassment, abuse, and Retaliations due to this law suit, at Muhammad V. D.A. Bradly, Foulk, et al defendant.

3. And on the basis that the Plaintiff have been Indicted for the Alleged situation which shut down the Erie County Common Pleas Court, march 3, 2004, reported as a mis score.

The Requested Court Order can be Granted as in the following manner:

A Preliminary Prohibitory Injunction Restraining Order, issued by this Court, And as presided by District Judge Cohill, and Chief Magistrate Baxter, upon the Erie County Common Pleas Court, Clerk Of Court, Office,

, and the Common Pleas Court President Judge, Mr. Kelley; Ordering any and all criminal and civil matters pertaining to the Plaintiff and his Estate be relinquished to a Outside Prosecuting Body other than the Erie County District Attorney's Office, under the direction, and supervision of the defendants, and their Esquire.

And that all matters coming before the common Pleas Court, for the Erie County, Pa. concerning the Plaintiff and estate, be forwarded by the Common Pleas Court Clerk of Court Office, upon the President Judge, Kelley, for the Common Pleas Court, to be assigned to a Judge outside the Erie County Common Pleas Court, to preside and resolve all matters pertaining to the Plaintiff.

Clarification:
At no time did the Plaintiff fashion his preliminary prohibitory injunctive relief motion, requesting this Court to resolve any criminal matter pending before the Erie County Common Pleas Court, pirviously pending Post Conviction Collateralle Relief Act, filed June 8, 2005, and denied by trial judge Connelly, August 21, 2005.

And now the Plaintiff as of October 12, 2005, submit for filing, a Motion For A New Trial, on After-Discovered Evidence, Pa. Crim. R.P. Rule 720 (c).

with this clarification upon this Court and defense counsel, Attorney, Sean McLaughlin, Jr. Esq., the Plaintiff believe it will be in the best interest of the Plaintiff's rights and equal protection under the laws of this Commonwealth, to enforce some form of injunction and restraining order to secure any and all relief mandated under Penna. law, granting the Plaintiff his freedom and justice under the petitioning and motion jurisdiction of this Commonwealth.

For these reasons the Plaintiff should be granted a Preliminary Prohibitory Injunctive Restraining Order, against the Defendants jurisdictions and the Common Pleas Court Judication. We Pray!

October 12, 2005

Sincerely, submitted
Brunlus A. Muhammad
Pro. Se, Plaintiff
1618 Ash Street
Erie, Pa. 16503

Bundus A. Muhammad
  Plaintiff
  v.
D.A. Bradly Foulk, et al
  Defendants

In The United States Dist.
Court For The Western Dist.
Of Penna.
Civil Action No. 04-131 Erie
Dist. Judge Cohill
Dist. Magist. Baxter

And now this 12th day of October 2005, it is hereby, Ordered that the Plaintiff's, Preliminary Prohibitory Injunction Restraining Order is Granted, And the following injunction should be ordered and forwarded upon the said named parties:

1. The Erie County Common Pleas Court Clerk of Court's Office, Criminal Division, and Common Pleas Court President, Judge Kelley, is hereby, Ordered to Strongly Consider all motions by the Plaintiff, requesting the Recusal of the Prosecuting Staff of Erie County District Attorney Office, D.A. Bradly Foulk, Esq. and Robert Sambroak, Esq. from presiding over any and all criminal matters pertaining to the Plaintiff, Bundus A. Muhammad, and his Estate, and that the President Judge, Kelley relinquish said prosecuting jurisdiction to the State Prosecution jurisdiction for criminal relief and resolutions.

2. And that it is further Ordered upon the Common Pleas Court, President Judge, Kelley, to Honor any request by the Plaintiff, Bauulus A. Muhammad, AKA: Paul Cooper, Jr., and his Estate, the Recusal of a Common Pleas Court Judge, and allowing another judge from another County to preside over any and all criminal and civil proceeding, proceeding before the Common Pleas Court, by the Plaintiff Bauulus A. Muhammad, and his estate. Due to Conflicts of Entrests.

This Order shall stay, pending the resolution of the above caption case.

J.

Beaulus A. Muhammad
    Plaintiff

v.                                 Civil Action No. 04-131 Erie

O.A. Brad Foulk, et al        Dist. Judge Cohill

    Defendant               Chief Dist. Magist. Baxter

## Certificate Of Service

I, Beaulus A. Muhammad, the Pro-Se, Plaintiff, hereby certify, that a true and correct copy of the Plaintiff's Motion In Objection To Magistrate Judge Report And Recommendations have been served upon all parties indicated below, in accordance to the Rules Of Court.

First Class Mail:

Matthew J. McLaughlin        Federal Clerk Of Court
246 West 10th Street           Federal Courthouse
Erie, Pa. 16501                   Chief Dist. Magist. Judge
Counsel For The Defendants    Susan P. Baxter
                                           17 South Park Row
                                           Erie, Pa. 16501