Bawlus A. Muhammad,           In The United States District Court
    Plaintiff                           For The Western District Of
   V.                                Penna.
O.A. Bead Faulk, et al,              Civil No. 04-131 Erie
    Defendants                     Magistrate Judge
                                       Paradise - Baxter

### Plaintiffs Motion To Dismiss And Discontinue Civil Proceedings

And now, this 2nd day of November, 2005 comes the Plaintiff, Bawlus A. Muhammad, Pro. Se, in his motion to Dismiss And Discontinue Civil Proceedings, in this above caption case against all of the Defendants, O.A. Bead Faulk, and First Asst. Robert Sambroak, Jr., without prejudice, for the said reason:

1. Due to the Defendants by and through their Attorney Matthew McLaughlin, Esq. evidence in supporting the Defendants motion for Summary Judgement; requires a far and over reaching material challenge upon the Plaintiff, which the Plaintiff, as a prisoner confined, and totally restricted by this captivity, restricting phone calls, visits to the law library,

and/or an inadequate law material resources, and the plaintiff having to rewrite every forward document over by hand, due to no secure means to have legal material copied, along with the total controle and monitoring the Plaintiffs mail, phone calls and means to properly, and intelligently secure his claims against the Defendants, without any further undue labouring of this Honorable Court and this Plaintiff;

The Plaintiff request upon this Honorable Court at this time to render the Defendants request in motion for Summary Judgement as moot, and discontinue all of the claims against the Defendants, in these civil proceedings, and Dismiss without any further action the Plaintiffs civil Complaint in this above caption case, without Prejudice. We pray!

November 2, 2005

Sincerely, submitted
Brooklin A. Muhammad
Pro. Se Plaintiff
1895 E.C.I.
1618 Ash Street
Erie, Pa. 16503

Beaulus A. Muhammad
      Plaintiff

v.

O.A. Bud Foulk, et al.
      Defendants

Civil No. 04-131 Erie

Magistrate Judge
Paradise - Baxter

## Certificate Of Service

I, Beaulus A. Muhammad, Pro Se, do hereby certify that on the 2nd day of November 2005, a true and correct copy of the Plaintiffs Motion To Dismiss And Discontinue Civil Complaint, have been served on the Attorney for the Defendants, Matthew J. McLaughlin Esq. Solicitor for Erie County, 246 West 10th Street, Erie, Pa. 16501, in appliance to Fed.R.C. by first class mail.

Respectfully, submitted
Beaulus A. Muhammad
Pro Se Plaintiff
1895 L.C.P.
1618 Ash Street
Erie, Pa. 16503