IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUWLUS A. MUHAMMAD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-131Erie |
| D.A. BRAD FOULK, et al., | ) |
| Defendants. | ) |

## ORDER

The Court has received plaintiff's motion to dismiss and discontinue civil proceedings (Doc. 55) dated November 2, 2005, which asks that we dismiss all claims in this case. AND NOW, to-wit, this 10th day of November, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's motion to dismiss and discontinue civil proceedings be and hereby is GRANTED. IT IS FURTHER ORDERED that defendants' motion for summary judgment (Doc. 53) be and hereby is DISMISSED AS MOOT. The complaint in this matter be and hereby is dismissed, and the Clerk of Court be and hereby is directed to mark this case as "closed."

s/ Maurice B. Cohill Jr.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   The Honorable Susan Paradise Baxter
      United States Magistrate Judge

      All parties of record